**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 131 MAL 2015
:
               Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
SHAWN AMIR HARRIS, :
:
               Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.